**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

R. Chadwick Edwards, Jr.
Edwards & Edwards
P. O. Box 217
Abbeville LA 70511-0217

**REHEARING ACTION: May 17, 2017**

**Docket Number: 17   00342-CW**

**SUCCESSION OF THEODULE NOEL,**
**ET AL.**
**VERSUS**
**CATHERINE NOEL, EXECUTRIX,**
**ET AL.**

**Writ Application from Vermilion Parish Case No. 2016-102492**

**BEFORE JUDGES:**

  **Hon. Billy Howard Ezell**
  **Hon. Van H. Kyzar**
  **Hon. David E. Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Samuel J. Noel, et al** has this day been

  **DENIED.**

cc: Thomas Reginald Hightower, Jr., Counsel for  the Respondent
    Ralph Edward Kraft, Counsel for  the Respondent
    Bryan E. Lege, Counsel for  the Respondent
    Charles R. Sonnier, Counsel for  the Respondent